UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ARK102 DOE,                                                          :
:
:
                        Plaintiff,                :
:       20-CV-1474 (JMF)
      -v-                                                           :
:       ORDER
:
NATIONAL BOY SCOUTS OF AMERICA                                       :
FOUNDATION, et al.,                                                  :
:
                        Defendants.                :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In this action, Plaintiff brings claims against, among others, the National Boy Scouts of America Foundation ("BSA") and the Greater New York Councils, Boy Scouts of America ("Greater New York Councils"). Litigation against all Defendants is currently stayed pursuant to the automatic stay under 11 U.S.C. § 362 and the Second Consent Order. *See* ECF No. 7.

      No later than **May 29, 2020**, the parties shall file a joint letter advising the Court regarding (1) the status of the nationwide transfer motion, (2) whether they anticipate litigating Plaintiff's claims against the non-BSA Defendants in this forum or in the Bankruptcy Court, and (3) whether the Court should take any action at this time.

      SO ORDERED.

Dated: May 22, 2020
       New York, New York
                                               JESSE M. FURMAN
                                               United States District Judge