UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ARK102 DOE, :
:
                Plaintiff, :
: 20-CV-1474 (JMF)
    -v- :
: ORDER
NATIONAL BOY SCOUTS OF AMERICA :
FOUNDATION, et al., :
:
                Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 29, 2020, the parties in this action advised the court that they "expect to try to resolve this matter as part of an overall bankruptcy resolution with the [Boy Scouts of America," which is in bankruptcy proceedings in the United States District Court for the District of Delaware. ECF No. 10. No later than **September 1, 2020**, the parties shall file a joint letter describing the status of these efforts; whether litigation is stayed pursuant to a consent order entered in the Bankruptcy Court; if so, when the stay is scheduled to expire; and whether either party believes that the Court should take any action at that time. Unless and until the stay is lifted, the parties shall file a similar status letter every **three months thereafter**.

      SO ORDERED.

Dated: August 13, 2020
       New York, New York
                                            JESSE M. FURMAN
                                            United States District Judge