UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
   :
ARK102 DOE,   :
   :
   Plaintiff,   :
   :   20-CV-1474 (JMF)
   -v-   :
   :   <u>ORDER</u>
NATIONAL BOY SCOUTS OF AMERICA   :
FOUNDATION, et al.,   :
   Defendants.   :
   :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's August 13, 2020 Order, ECF No. 12, beginning on September 1, 2020 **and every three months thereafter**, the parties were required to file a joint letter describing the status of any efforts to resolve this matter as part of an overall bankruptcy resolution with the Boy Scouts of America; whether litigation is stayed pursuant to a consent order entered in the Bankruptcy Court; if so, when the stay is scheduled to expire; and whether either party believes that the Court should take any action at that time. To date, the parties are not in compliance with their obligations. As a courtesy, the parties' deadline to file a second status letter is hereby EXTENDED, *nunc pro tunc*, to **March 12, 2021**.

      SO ORDERED.

Dated: March 5, 2021
      New York, New York
                                             JESSE M. FURMAN
                                             United States District Judge