UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
ARK102 DOE, :
:
Plaintiff, :
: 20-CV-1474 (JMF)
-v- :
: ORDER
:
NATIONAL BOY SCOUTS OF AMERICA :
FOUNDATION et al., :
Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In view of the stay by reason of the bankruptcy proceedings, and pursuant to the Court's December 2, 2021 Order, *see* ECF No. 22, the above titled action was administratively closed on December 2, 2021, subject to the right of either party to reopen within 21 days of the conclusion of bankruptcy proceedings, or the lifting or modification of the stay as applied to this action.

      SO ORDERED.

Dated: December 14, 2021  
       New York, New York                          _____  
                                                         JESSE M. FURMAN  
                                             United States District Judge